```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TORI JEANNE SHEA,

                *Plaintiff*,

   -*against*-

JACKSON HEARST TELEVISION INC.,

                *Defendant.*
------------------------------------------------------------X

23cv08017 (PAC)

ORDER OF DISMISSAL

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Court having been advised that the parties have reached a settlement, it is,

    ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice and costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement upon receipt from either party.  In the event the parties require more than the 45 days to finalize the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
         November 20, 2023

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge